**Order entered July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01100-CV

**BARRY H. WELLS, Appellant**

**V.**

**MARC R. MAY, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02600-2012**

## ORDER

Appellant's July 6, 2015 motion to copy a trial exhibit is **GRANTED**. The Clerk of the

Court is directed to make a copy of the CD containing the audio recording of the deposition of

Gregory Nicholas, and mail it to counsel for appellant.


/s/      ADA BROWN
         JUSTICE